EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Lcdo. Nelson Rivera Cabrera | 2003 TSPR 104<br><br>159 DPR \_\_\_\_ |

Número del Caso: TS-8000


Fecha: 13/junio/2003


Oficina de Inspección de Notarías:
                        Lcda. Carmen H. Carlos
                        Directora


Abogado de la Parte Peticionaria:
                        Por Derecho Propio



Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Lcdo. Nelson Rivera Cabrera

                        TS-8000

RESOLUCION

San Juan, Puerto Rico, a 13 de junio de 2003

    Examinada la Solicitud de Reinstalación presentada por el Sr. Nelson Rivera Cabrera, se accede a solicitado y se autoriza su reinstalación al ejercicio de la abogacía únicamente. No será considerada su solicitud de admisión la notaría hasta tanto subsane las deficiencias notariales que aún están pendientes según se desprende de la Moción Informativa de la Directora de la Oficina de Inspección de Notarías de fecha 21 de febrero de 2003, incluyendo las explicaciones de rigor para la presentación tardía de las notificaciones e índices notariales a los cuales se hace en dicha moción, conforme lo exige la Regla 63 del Reglamento Notarial de Puerto Rico.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

                        Patricia Otón Olivieri
                Secretaria del Tribunal Supremo